# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEON BIBBS,<br><br>        Petitioner,<br><br>    v.<br><br>ROB ST. ANDRE, Acting Warden,<br><br>        Respondent. | Case No. CV 22-4330-JVS (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted.
2. The Petition is denied and this action is dismissed with prejudice.
3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: February 07, 2023

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE