JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON LEON BIBBS,<br><br>           Petitioner,<br><br>      v.<br><br>ROB ST. ANDRE, Acting<br>Warden,<br><br>          Respondent. | ) Case No. CV 22-4330-JVS (JPR)<br>)<br>)<br>)     **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: February 07, 2023

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE